1  John D. McLachlan (State Bar No. 102436)
2  Bridget Lanouette (State Bar No. 168394)
   FISHER & PHILLIPS LLP
   One Embarcadero Center, Suite 2340
3  San Francisco, CA 94111-3712
   Telephone: (415) 490-9000
4  Facsimile: (415) 490-9001

5  Attorneys for Respondent
   ConocoPhillips

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STEELWORKERS INTERNATIONAL UNION, AFL-CIO-CLC, for and on behalf of its LOCAL 326 (RODEO REFINERY), <br> Petitioner, <br> v. <br> CONOCOPHILLIPS, RODEO REFINERY <br> Respondent. | Civil Action No. CV 09-3726 JL <br><br> STIPULATION GRANTING RESPONDENT AN EXTENSION TO RESPOND TO PETITIONER'S PETITION TO COMPEL ARBITRATION and [PROPOSED] ORDER |

Pursuant to Civil Rule 6-1, the parties stipulate and agree that Respondent's Response to Petitioner's Petition to Compel Arbitration, served on August 24, 2009, is extended to and through September 29, 2009. This extension will not affect the deadlines set forth in the Court's August 13, 2009 Order Setting Initial Case Management Conference and ADR Deadlines.

IT IS SO STIPULATED.

DATED: September 8, 2009                FISHER & PHILLIPS LLP


By: _____/s/_____
John D. McLachlan
Attorneys for Respondent
ConocoPhillips


DATED: September 9, 2009                WEINBERG, ROGER & ROSENFELD


By:_____/s/_____
W. Daniel Boone
Attorneys for Plaintiff
United Steelworkers International
Union, AFL-CIO-CLC, for and on
behalf of its LOCAL 326 (RODEO
REFINERY)


IT IS SO ORDERED:

DATED: September 10, 2009               _____
                                         Honorable James Larson

Stipulation Granting Respondent An Extension To Respond To Petitioner's Petition To Compel Arbitration
*United Steelworkers International Union v. ConocoPhillips, Rodeo Refinery*
Civil Action No. CV 09-3726 JL
SanFrancisco 109691.1

2