```
 1  John D. McLachlan (State Bar No. 102436)
    Bridget Lanouette (State Bar No. 168394)
 2  FISHER & PHILLIPS LLP
    One Embarcadero Center, Suite 2340
 3  San Francisco, CA  94111-3712
    Telephone:   (415) 490-9000
 4  Facsimile:   (415) 490-9001

 5  Attorneys for Respondent
    ConocoPhillips
 6

 7  W, Daniel Boone (State Bar No. 046553)
    WEINBERG, ROGER & ROSENFELD
 8  A Professional Corporation
    1001 Marina Village Parkway, Suite 200
 9  Alameda, CA  94501-1091
    Telephone:  (510) 337-1001
10  Facsimile:   (510) 337-1023

11  Attorneys for Petitioner
    United Steelworkers International Union,
12  AFL-CIO-CLC, for and on behalf of its
    LOCAL 326 (RODEO REFINERY)
13
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STEELWORKERS INTERNATIONAL UNION, AFL-CIO-CLC, for and on behalf of its LOCAL 326 (RODEO REFINERY),<br><br>Petitioner,<br><br>v.<br><br>CONOCOPHILLIPS, RODEO REFINERY<br><br>Respondent. | Civil Action No. CV 09-3726 JL<br><br>STIPULATION GRANTING RESPONDENT A FURTHER EXTENSION TO RESPOND TO PETITIONER'S PETITION TO COMPEL ARBITRATION and [PROPOSED] ORDER |

---

Stipulation Granting Respondent A Further Extension To Respond To Petitioner's Petition To Compel Arbitration
*United Steelworkers International Union v. ConocoPhillips, Rodeo Refinery; Civil Action No. CV 09-3726 JL*

1

SanFrancisco 109812.1

Pursuant to Civil Rule 6-1, the parties stipulate and agree to allow Respondent's Response to Petitioner's Petition to Compel Arbitration, served on August 24, 2009, to be further extended to and through October 13, 2009. This further extension will not affect the deadlines set forth in the Court's August 13, 2009 Order Setting Initial Case Management Conference and ADR Deadlines.

IT IS SO STIPULATED.

DATED:  September 22, 2009                                FISHER & PHILLIPS LLP

By: _____/s/_____
    John D. McLachlan
    Attorneys for Respondent
    ConocoPhillips

DATED:  September 22, 2009                                WEINBERG, ROGER & ROSENFELD

By: _____/s/_____
    W. Daniel Boone
    Attorneys for Petitioner
    United Steelworkers International
    Union, AFL-CIO-CLC, for and on
    behalf of its LOCAL 326 (RODEO
    REFINERY)

IT IS SO ORDERED:

DATED:  September 28, 2009                                _____
                                                          Honorable James Larson

---

Stipulation Granting Respondent A Further Extension To Respond To Petitioner's Petition To Compel Arbitration
*United Steelworkers International Union v. ConocoPhillips, Rodeo Refinery; Civil Action No. CV 09-3726 JL*

2

SanFrancisco 109812.1