John D. McLachlan (State Bar No. 102436)
Bridget Lanouette (State Bar No. 168394)
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2340
San Francisco, CA 94111-3712
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Respondent
ConocoPhillips

W, Daniel Boone (State Bar No. 046553)
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023

Attorneys for Petitioner
United Steelworkers International Union,
AFL-CIO-CLC, for and on behalf of its
LOCAL 326 (RODEO REFINERY)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STEELWORKERS INTERNATIONAL UNION, AFL-CIO-CLC, for and on behalf of its LOCAL 326 (RODEO REFINERY),<br><br>Petitioner,<br><br>v.<br><br>CONOCOPHILLIPS, RODEO REFINERY<br><br>Respondent. | Civil Action No. CV 09-3726 JL<br><br>STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1) and [PROPOSED] ORDER |

---

Stipulation For Dismissal Pursuant To F.R.C.P. 41(a)(1) and [Proposed] Order
*United Steelworkers International Union v. ConocoPhillips, Rodeo Refinery; Civil Action No. CV 09-3726 JL*

1

SanFrancisco 109957.1

1 It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1), each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: October __, 2009          FISHER & PHILLIPS LLP


                                 By: _____
                                     John D. McLachlan
                                     Attorneys for Respondent
                                     ConocoPhillips


DATED: October __, 2009          WEINBERG, ROGER & ROSENFELD


                                 By: _____
                                     W. Daniel Boone
                                     Attorneys for Petitioner
                                     United Steelworkers International
                                     Union, AFL-CIO-CLC, for and on
                                     behalf of its LOCAL 326 (RODEO
                                     REFINERY)


## ORDER

Having read the foregoing Stipulation and good cause appearing therefor, this action is hereby ordered dismissed with prejudice, each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED:

DATED: October 13, 2009          _____
                                 Honorable James Larson

---

Stipulation For Dismissal Pursuant To F.R.C.P. 41(a)(1) and [Proposed] Order
*United Steelworkers International Union v. ConocoPhillips, Rodeo Refinery; Civil Action No. CV 09-3726 JL*

2

SanFrancisco 109957.1